

# United States District Court
# Eastern District of California

ZENOVIO JIMENEZ CLEMENTE

Plaintiff(s)

Case Number: 1:26-cv-03700-KES-HBK

V.

Warden, Mesa Verde Detention Center

ORDER GRANTING APPLICATION
FOR PRO HAC VICE (Doc. 4)

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jacqueline Delgado hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner Zenovio JIMENEZ CLEMENTE

On 09/19/2007 (date), I was admitted to practice and presently in good standing in the Florida Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Mejia v. Chestnut, 1:26-cv-02034-DJC-DMC, March 13, 2026, Granted.

Date: 05/14/2026     Signature of Applicant: /s/ Jacqueline Delgado

**Pro Hac Vice Attorney**

Applicant's Name: Jacqueline Delgado

Law Firm Name: Delgado Law Group

Address: 631 Lucerne Avenue

City: Lake Worth Beach   State: FL   Zip: 33460

Phone Number w/Area Code: (561) 342-1429

City and State of Residence: West Palm Beach, Florida

Primary E-mail Address: jdelgado@delgado-law.com

Secondary E-mail Address: info@delgado-law.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alexa S. White

Law Firm Name: Millicent Law Group, LLC

Address: 2451 Crystal Drive, Suite 600

City: Arlington   State: VA   Zip: 22202

Phone Number w/Area Code: (202) 948-7948   Bar # 343072

## ORDER

The Pro Hac Vice Application (Doc. 4) is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 5/15/2026

MAGISTARTE JUDGE, U.S. DISTRICT COURT

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

### CERTIFICATE OF GOOD STANDING

I,    **Angela E. Noble,**    Clerk of the United States District Court
for the Southern District of Florida,

do hereby certify that **Jacqueline Delgado** , Florida Bar # **43674**, was duly admitted to practice in

this Court on **October 05, 2011**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on January 22, 2026.

_____
Angela E. Noble
Court Administrator • Clerk of Court